# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PHELPS,<br><br>         Plaintiff,<br><br>    v.<br><br>CRYSTAL JACKSON,<br><br>         Defendant. | Case No.  1:14-cv-000700-___-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 3) |

Plaintiff Daniel Phelps filed a complaint on May 9, 2014, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  **May 19, 2014**

                                    UNITED STATES MAGISTRATE JUDGE